RECEIVED IN
The Court of Appeals
Sixth District

JUN 2 2 2015

Texarkana, Texas
Audrey Clerk

PD-0784-15

SIXTH DISTRICT COURT
OF APPEALS

TYRONE DENARD ANDERSON                    §

VS.                                       §    NO. 06-14-00074-CR

THE STATE OF TEXAS                        §

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DESCRETIONARY
REVIEW

TO THE HONORABLE JUSTICE OF SAID COURT:

COMES NOW, TYRONE ANDERSON, PETITIONER, PRO SE, AND FILES THIS

MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A

PETITION FOR DESCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION

APPELLANT WILL SHOW THE COURT THE FOLLOWING:

FILED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

I.

PETITIONER WAS CONVICTED IN THE 354th DISTRICT COURT, HUNT

COUNTY, TEXAS, OF THE OFFENSE OF POSSESSION OF COCAINE, WITH THE

INTENT TO DELIVER. A JURY SENTENCED APPELLANT TO LIFE. PETITIONER

APPEALED HIS CONVICTION IN THE SIXTH DISTRICT COURT OF APPEALS.

THE CASE WAS AFFIRMED ON MAY 28, 2015.

II.

PETITIONERS REQUEST FOR EXTENSION IS BASED UPON THE FOLLOWING:

PETITIONER IS ONLY ALLOWED LIMITED TIME IN THE LAW LIBRARY.

PETITIONERS UNIT OF ASSIGNMENT IS ON THE ANUAL LOCK-DOWN WHICH

IMPEDES PETITIONERS RESEARCH AND PREPARATION TIME.

WHEREFORE, PREMISES, CONSIDERED, PETITIONER PRAYS THIS HONORABLE

COURT GRANTS THIS MOTION AND EXTEND THE DEADLINE FOR FILING HIS

PDR BY SIXTY (60) DAYS. IT IS SO PRAYED.

RESPECTFULLY REQUESTED,

*Tyrone Anderson* #1944026

TYRONE ANDERSON #1944026
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO,TEXAS 79107
PETITIONER,PRO SE

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE FOREGOING
MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DESCRETION-
ARY REVIEW HAS BEEN SENT TO THE HUNT COUNTY DISTRICT ATTORNEY
AT P.O.BOX 441,GREENVILLE TEXAS BY US MAIL POSTAGE PREPAID,
FIRST CLASS ON THIS 5th DAY OF JUNE,2015.